FILED JUN 2 3 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DRENEA RENEE RODRIGUEZ, | : CIVIL ACTION |
| Petitioner, | : |
| v. | : NO. 08-5440 |
| MARIROSA LAMAS, et al., | : |
| Respondents. | : |

ORDER

AND NOW, this 22nd day of June, 2009, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, the Response and Reply thereto, and after review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport, IT IS HEREBY ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED;

2. the Petition for Writ of Habeas Corpus is DISMISSED WITHOUT PREJUDICE and without an evidentiary hearing; and

3. there is no probable cause to issue a certificate of appealability.

ENTERED
JUN 2 4 2009
CLERK OF COURT

BY THE COURT:

_____
J. Curtis Joyner, J.